UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jarvis Killingsworth,                                   Case No. 3:23-cv-1372

          Plaintiff

v.                                               ORDER

Lima Police Department, *et al.*,

          Defendants

Plaintiff, a state prisoner, filed this civil rights action on July 17, 2023. He sought to proceed *in forma pauperis* but did not file a complete application to do so. Accordingly, in an order dated September 21, 2023, plaintiff was ordered to complete and submit a complete application, including a certified copy of his prisoner account statement, within 30 days. (*See* Doc. No. 5). Plaintiff was expressly notified that his case may be dismissed if he did not comply with the order.

To date, no complete application to proceed *in forma pauperis* has been filed in the case. Accordingly, this action is hereby dismissed without prejudice for want of prosecution. *See Davis v. United States*, 73 Fed. App'x 804, 2003 WL 21956990 (6th Cir. 2003) (affirming dismissal of inmate's *in forma pauperis* action where inmate failed to comply with court deficiency order). I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

                                                                  s/ Jeffrey J. Helmick
                                                                  United States District Judge